UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN BOWMAN | No. 2:91-cr-00570-PD-8 |

## MOTION TO TERMINATE SUPERVISED RELEASE

Defendant Kevin Bowman, by and through counsel Zak T. Goldstein, Esquire, respectfully moves that the Court terminate his federal supervised release. In support of the motion, the following is averred:

1. In 1991, the government charged Kevin Bowman with conspiracy to distribute cocaine and heroin in violation of 21 U.S.C. § 846.

2. By the time the case approached trial, Mr. Bowman had been convicted of first-degree murder in Philadelphia state court and sentenced to life without parole in the matter of *Commonwealth v. Kevin Bowman*, CP-51-CR-821001-1989.

3. Mr. Bowman pleaded guilty to one count of conspiracy on August 7, 1992.

4. The Court sentenced Mr. Bowman to 235 months' incarceration followed by five years of supervised release to run concurrently with the state sentence of life without parole.

5. On November 18, 2019, Mr. Bowman filed a *pro se* petition under Pennsylvania's Post-Conviction Relief Act seeking a new trial in state court because the Commonwealth withheld Brady material at the time of trial.

6. Mr. Bowman retained the undersigned counsel, and counsel filed a final Amended Petition on March 12, 2022.

7. On October 31, 2022, the Commonwealth filed a response conceding that it had withheld exculpatory evidence and that Mr. Bowman should receive a new trial.

8. On February 3, 2023, the Honorable Scott DiClaudio of the Philadelphia Court of Common Pleas granted Mr. Bowman's amended PCRA petition and ordered that he receive a new trial.

9. The Commonwealth opted not to retry Mr. Bowman and moved to *nolle prosse* the case on March 8, 2023.

10. Mr. Bowman was released from the State Correctional Institution – Chester on that same day.

11. Mr. Bowman's five years of federal supervised release began, and he then promptly reported to his probation officer.

12. Mr. Bowman spent about 33 years in state custody before the Commonwealth conceded that it hid exculpatory evidence prior to trial and agreed to his release.

13. By the time he was released from SCI Chester, he had completely his concurrent federal prison sentence.

14. Mr. Bowman has completed more than a year of his supervised release with no violations of any kind.

15. Mr. Bowman now moves that the Court terminate the federal supervised release because supervised release is not necessary for Mr. Bowman to reintegrate into the community and because the interests of justice require that Mr. Bowman receive his freedom following thirty years spent in custody for a wrongful conviction.

16. The following standard applies to a motion to terminate supervised release early:

Under 18 U.S.C. § 3583(e), a sentencing court may terminate a term of supervised release prior to its expiration. *See also United States v. Melvin*, 978 F.3d 49, 52 (3d Cir. 2020). The statue provides:

> The court may, after considering the factors set forth in [18 U.S.C. §] 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,] terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

*Id.*

17. In deciding whether to grant a motion to terminate supervised release early, the court should consider the familiar § 3553(a) factors. Those factors are:

> (1) the nature and circumstances of the offense and the defendant's history and characteristics; (2) the need to afford adequate deterrence to criminal conduct, protect the public from further crimes of the defendant, and provide him with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (3) the kinds of sentence and sentencing range established for the defendant's crimes; (4) pertinent policy statements issued by the United States Sentencing Commission; (5) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (6) the need to provide restitution to any victims of the offense.

*Id.* (internal citations omitted).

18. In *Melvin*, the Third Circuit held that "[a]fter considering these factors, the court may provide relief only if it is satisfied that early termination is warranted by the defendant's conduct and is in the interest of justice." *Id.* The district court enjoys discretion "to consider a wide range of circumstances when determining whether to grant early

termination." *Id.* Most importantly, in *Melvin*, the Court recognized that a defendant need not make a showing of any exceptional or extraordinary justification in order for the district court to grant termination. *Id.* at 53. Extraordinary circumstances may be sufficient to justify termination, but they are not necessary. *Id.*

19. Instead, a district court must be satisfied that termination is in the "interest of justice" and that the purpose of supervised release has been satisfied. *United States v. Mabry*, 528 F.Supp.3d 349, 358 (E.D.Pa. 2021). Such a finding does not require the court to conclude that there has been a change in circumstances. *See id.* at 359 (granting motion to terminate early where defendant achieved sobriety, employment, and a stable residence). Finally, supervised release "serves an entirely different purpose than the sentence imposed under § 3553(a)." *Pepper v. United States*, 562 U.S. 476, 502 n. 15 (2011). It "fulfills rehabilitative ends, distinct from those served by incarceration." *United States v. Johnson*, 529 U.S. 53, 59 (2000).

20. Here, the early termination of supervised release is in the interests of justice. Mr. Bowman spent 33 years in custody for a crime he did not commit because the Commonwealth of Pennsylvania committed an egregious Brady violation. While in custody, he was a model inmate. An extensive mitigation packet that was provided to the Commonwealth during the PCRA litigation is attached as Exhibit A. Further, since his release, he has performed exceptionally well while on supervised release and in terms of reintegrating into the community. Mr. Bowman is now 58 years old. He recently married. He has reported to probation as required and not violated any of the conditions of his supervised release. He has been working full time for the Urban Affairs Coalition, and he is in the process of getting hired to work at the Philadelphia Juvenile Justice Services

Center. He has also been extensively involved in mentoring and community service activities at the Strawberry Mansion Learning Center, Philadelphia Juvenile Justice Services Center, and Philadelphia Anti-Drug/Anti-Violence Network. He has completely turned his life around, has maintained full-time employment, and has successfully rehabilitated himself and returned home. *See* Exhibit B. Accordingly, there is no need for Mr. Bowman to remain on federal supervised release for a conviction from 33 years ago.

21. Mr. Bowman therefore respectfully requests that the Court terminate supervised release.

**WHEREFORE**, Defendant Kevin Bowman respectfully requests that the Court grant the motion for early termination of supervised release.

Respectfully submitted,

*/s Zak T. Goldstein*

_____

Zak T. Goldstein, Esquire
Goldstein Mehta LLC
1717 Arch Street, Suite 320
Philadelphia, PA 19103
267-225-2545 (p)
215-405-2559 (f)
ztg@goldsteinmehta.com
*Attorneys for Kevin Bowman*

## <u>CERTIFICATE OF SERVICE</u>

I, Zak T. Goldstein, Esquire, hereby certify that I caused a copy of the attached document

to be filed and served electronically through ECF and USPS first class mail on the following:

United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

*/s Zak T. Goldstein*

_____
Zak T. Goldstein, Esquire
Goldstein Mehta LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          No. 2:91-cr-00570-PD-8

KEVIN BOWMAN

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2024, upon consideration of

Defendant Kevin Bowman's Motion to Terminate Supervised Release, it is hereby **ORDERED**

that the motion is **GRANTED**. Mr. Bowman's supervised release is hereby terminated.

BY THE COURT:

_____
Hon. Paul S. Diamond
United States District Judge

EXHIBIT A

 Gmail

Zak Goldstein <ztg@goldsteinmehta.com>

# Kevin Bowman - Support Letter

**Ceresa Hawthorne** <hawthorne142@verizon.net>          Mon, Jun 13, 2022 at 8:43 PM
Reply-To: Ceresa Hawthorne <hawthorne142@verizon.net>
To: "ztg@goldsteinmehta.com" <ztg@goldsteinmehta.com>


Your Honor,

My name is Ceresa Hawthorne. I am one of Kevin's sisters.
I write this letter praying that you grant him mercy.
I believe Kevin has come to terms- asking forgiveness of his crimes.


Over the years, has shown himself a model inmate, participating
in self-improvement programs and positive interaction with fellow inmates.
His faith has kept him strong. I love my brother.
I pray every day, that some miracle will allow him to come home.

Sincerely,
Ceresa Hawthorne

 **Gmail**                                      Zak Goldstein <ztg@goldsteinmehta.com>

# Fwd: Kevin Bowman

**Marlaina Williams** <sudaisumm@icloud.com>                    Tue, Jun 14, 2022 at 8:52 AM
To: Zack Goldstein <ztg@goldsteinmehta.com>

Good Morning,

Letter from his nephew

Marlaina Williams

Begin forwarded message:

**From:** Dominique Henderson <ydom25@yahoo.com>
**Date:** June 14, 2022 at 1:18:45 AM EDT
**To:** Zt@goldsteinmehta.com
**Cc:** Sudaisumm@icloud.com
**Subject: Kevin Bowman**

To whom this my concern,
My name is Omari Barnes, I am the only nephew of Kevin Bowman. Am writing this letter to explain how much of a positive impact my uncle Kevin Bowman has on my life. I am 36 yrs old and for the whole 33 yrs he has been incarcerated he has been nothing but great to me. He's a great mentor , role model and leader, to me my daughter and family. I truly do believe if he had another chance at freedom he would make a huge positive impact on our community's.

When I was young making bad choices in life he was there to talk me into being on the right path. He would also stress to me about being a leader and not a follower and to have my own mind. Because of that, it bettered me as a man and a good father. I have recently started my own cleaning company and I do plan on bringing my uncle on board, and helping me bring my company to its highest level. I say this because I know that he is a phenomenal human being, he lights up a room with his smile when he walks in he has a great personality to get the job done.

I really do believe as I stated above if my uncle Kevin Bowman, was granted a second chance at freedom he would do the right thing and be the positive impact that our youths and community's need.

Thank You
Mr Omari Barnes



## Letter on behalf of Kevin Bowman

**Amanda Bowman** <abowman0613@gmail.com>
To: ztg@goldsteinmehta.com

Tue, Jun 14, 2022 at 12:14 PM

Good Morning,
I hope that I'm not too late sending this. I spoke with my father (Kevin Bowman) yesterday & he asked me to email you. I have four children & I spoke with him yesterday evening so this is the only moment I had to contact you.

He asked me to send you a letter on his behalf. It's copied & pasted below but I also added it as an attachment. Hope this is what's needed.


To Whom This May Concern:
My name is Amanda Bowman.
I turned 34 years old yesterday and for 33 years of my life, I only have memories of my father in a "DOC" uniform.

My mother did the best she could to raise me for 18 of those 33 years.

I have a brother who passed away and my father couldn't attend his funeral.

I graduated college and my father was not present for graduation.

I became a mother. My father was not present to meet his grandchildren face-to-face.

My oldest three children; Allen, Ava, and Karter, have only seen my father 3-4 times, in person. My youngest daughter, KayCee, is 3 years old and has only seen my father via pictures and ONE video visit.

I have a nephew who does know my father at all.

On the outside, life moves fast. People come and go, one way or another. But for my father, he has missed so many moments. So many milestones.

33 years that he'll never get back.

I write this letter, not for him and not for myself, but for my children & my nephews. For his grandchildren. The next generation of his legacy. They need a chance to know him and to be able to love and experience him without the restrictions of prison walls and timed phone calls.

For me, it was 33 years of always wondering "what if my dad was home for this?" For him, 33 years of time to think about all he has missed. 33 years of time to think about what he could have done different. 33 years of time to pray for some type of change.

Today, I pray that that change will come. His physical presence is not just a want, but a need for our family. InshaAllah.


Sent from my iPhone

 Gmail

Zak Goldstein <ztg@goldsteinmehta.com>

## Letter from his sister

**Marlaina Williams** <sudaisumm@icloud.com>                    Mon, Jun 13, 2022 at 10:51 PM
To: Zack Goldstein <ztg@goldsteinmehta.com>
Cc: phawthorne@catchinc.com

My name is Patricia Hawthorne, Kevin Bowman is my brother. Although Kevin is my baby brother has always be the protector and the most influential in the family both before him being incarcerated and even more so now. He is and always has been the one that myself as well as my siblings looked to for guidance, advice and understanding.

Kevin has always had a very stern but gentle soul, he always had a way with his words that he could bring the greatest light to a dark situation. And has been known for defusing many situations with sometimes just a phone call. Over the years there have been many people from our childhood or community that has come to me asking for a way to communicate with my brother on a matter that he may have been able to resolve or make better with a conversation. There are times when others walk up to me and send well wishes and sincere thanks for the things he's done to help either them or their family. Even through his current state he continues to make me proud to be his sister and apart of his support system.

During his 33yrs of incarceration I have watched him raise his children to become successful and productive members of society. He instilled in them how important it is to do good and be good in life and to not make the mistakes that he made. I have a 36yr old son whom my brother has played an intricate role in his life and has done a lot to help me mold him into the man he is today. Those phone calls and heart to heart talks during his younger years were a tremendous help. My brother took my son under his wing as if he was one of his own, and for that I am truly grateful.

Watching him and knowing what effect that he's had on my family and our neighborhood friends over the years, I am confident that if given the opportunity to re-enter society he would definitely play a much needed role in the lives of others in order to give back as well as change the narrative of those that need it.

I ask you to please consider giving my brother a 2nd chance. I can guarantee that you will not regret it.

Thankfully Yours
Patricia Hawthorne

# City of Atlantic City
## Community Development Block Grant (CDBG) Program



Suite 510 City Hall
Atlantic City, New Jersey 08401-4603
TEL 609.347.5330
FAX 609.347.5345

*Marc A. Starling*
*Director*

May 13, 2022

**SENT VIA USPS REGULAR MAIL and Email (Ztg@Goldstienmehta.com)**

**RE:     Kevin Bowman #BF6556 - Letter of Support**

To Whom It May Concern:

My name is Marc A. Starling and I am the Director of the Community Development Block Grant (CDBG) Program for the City of Atlantic City, NJ. I am writing this *Letter of Support* for Kevin Bowman because he is truly a remarkable leader and has worked with me in the past to help *At-Risk* Youth avoid the temptations of the peer pressure and the lure of the streets.

In 2005 I created the concept/idea (with his help) that led to the development of "***…Help us with our CAR (Children-At-Risk) Program***" which targets the aforementioned youth to get them involved with mentoring and dialog with Prisoners so that they can learn from the mistakes of the many incarcerated men and women throughout the tri-state area.

Mr. Bowman was outstanding working with the youth and offered his time willingly to ensure that the cycle of incarceration in our communities is broken. He demonstrated astounding leadership qualities while assisting the clientele that our Agency serviced. Kevin provided a key piece to our puzzle as he told his story to our young residents and strongly directed then to take part in Computer Literacy to lead them in the direction of Self-Sufficiency/gainful employment.  He is an excellent communicator and is a very outgoing individual, who seemed relaxed/comfortable speaking to large or small groups.

His story was very interesting and exemplifies the metamorphosis he has experienced in his own life. Hearing how he denounced the ways of the streets and implore the concept of **CHANGE** "…J.ust B.etter M.en - *Get Down with Laying Down the Guns…*" was remarkable.

I feel Kevin has earned the right to be given a second chance and be released. I will continue to work with him and allow him to engage the many *At-Risk* Youth that use our CDBG Programs.

Again, **THANK  YOU** for your time and I hope this is the beginning of many conversations and dialogs we will have as we work to eliminate the cycle of **SELF-DESTRUCTION** within our communities and our youth.

If you have any questions or need to discuss this matter further, feel free to call me.

Sincerely,

Marc A. Starling
Director
Community Development Block Grant (CDBG)
City of Atlantic City
mstarling@acnj.gov

\\\MAS

cc:       file



"Climbing the Mountain of Success!"

# NEWBURGH  HOUSING  AUTHORITY
## C.A.R. (Children-at-Risk) Program

### C.A.R. Program
The C.A.R. Program was established in 2011 as an initial concept by Kevin Bowman and Marc A. Starling in conjunction with the Newburgh (NY) Housing Authority Crime and Gang Prevention Initiatives. The C.A.R. Program is an intervention, *face-to-face conversation style* program opposite of the Scared Straight format for at-risk youth between the ages of 12 through 18. The program, ranging from 4 to 6 weeks in duration, is designed to intervene with at-risk youth, identify issues and causes for delinquent and anti-social behavior, and then develop a comprehensive plan for change. Most youth participants are gang members, gang associates, graffiti vandals and/or habitual truants who enter the program as a result of a negative police contact.

### Program Goals
The goal of the program is to enlighten young people of the consequences associated with criminal behavior, teach them that they alone are responsible for their own actions, encourage them to make positive choices, and expose them to rewarding career paths. The ultimate goal is to have each youth participant complete the program, and remain free from future arrests and/or negative behavior.

### Program Criteria
To participate in the C.A.R. Program, a youth participant must meet the following criteria:

- Be an at-risk youth;

- Boys and girls must be between the ages of 12 through 18, (participants under 14 years of age must be approved by Prison Officials);

- Juvenile must have behavioral/discipline problems;

- Must be referred by the Juvenile Court, a Police Officer, School or Parent; and,

- Juvenile cannot have serious or violent felony offenses.

### Program Outreach
The C.A.R. Program will service youths at **three (3)** geographic areas: Orange (NY) County; Mercer (NJ) County; and Dauphin (PA) County to extend further to adjacent surrounding communities. The C.A.R. Program personnel will work together with the Juvenile Court, local schools, and parents of the participants to make a "*face-to-face conversation style*" dialogue successful. The C.A.R. Program will receive its referrals from the Juvenile Court, Schools, Teachers, Parents and Police Department Personnel.

### Program Costs
The juvenile's parents will not incur any costs for their child to participate in the program. All monies will be paid by the C.A.R. Program in conjunction with the Newburgh Housing Authority Crime and Gang Prevention Initiative and donations from sponsors.

<u>Registration Fee</u>
The parent(s) will sign a contract of commitment for the 4 to 6 week course and a fee of $75.00 will only be charged to the parent(s) of the juvenile if they fail to complete the program. This fee covers the following expenses:

- C.A.R. Program clothing (navy-blue T -shirt with Newburgh Housing Authority logo and Program name stenciled);

- Two meals (first week and last week). During the six weeks, the youth participants provide their own meals; Sessions last approximately 2-3 hours.

- Personal hygiene and first-aid supplies (razors, feminine products, etc.);

- Transportation to-from Correctional Institutions;

- Graduation luncheon for juvenile participants and their families.

<u>Classroom Instruction Fee</u>
The youth participant's parent(s) pay an additional fee of $10.00 for the Adult School classroom instruction that is provided for the parents and the juveniles. This fee covers the following:

- One Spanish speaking teacher (parenting class);

- One English speaking teacher (parenting class); and,

- One teacher for a behavioral modification/life skills class designed for youth participants.

<u>Graduation Cost</u>
Parents must supply their child's graduation uniform, which conforms to the following:

- Long-sleeve white shirt with a collar; and,

- Black tie/pants/belt/dress shoes.

## Program Funding
The C.A.R. Program received the following grant funds for FY 2011/12:

| <u>Area:</u> | <u>Amount:</u> | <u>Source of Grant:</u> |
|---|---|---|
| Target Area(s) | $5,000 | HUD Operating Subsidy (Tenant Services) |

# LOVE ABOVE BARS
## *Award Winners*

Every year we honor people who have shown #LoveAbove-Bars — an unwavering commitment to humane prison conditions and exemplary leadership as a volunteer, correctional employee, or while being incarcerated. Thank you to those of you who submitted nominations over the last few months.

This year's award winners are:

**1. Kevin Bowman, SCI Chester, Incarcerated Person of the Year**

Kevin was nominated because he "is one of their best mentors" and is "well respected" by staff and peers. Kevin is currently living in SCI Chester's pilot Scandinavia Unit designed to explore alternative correctional approaches.

**2. Kim Drum, DOC Central Office, Correctional Employee of the Year**

Kim is the Health Care Advocate for the DOC. She was nominated because she is "always available to the Prison Society when we have serious concerns regarding the health care of incarcerated people." She also plays a leading role in advocating for the compassionate release of terminally ill people.

**3. Dave Moyer, Montgomery County, Prison Society Volunteer of the Year**

Dave has been the convener of the Montgomery County chapter of the Prison Society for about a decade. He also frequently meets with the lifer's group at SCI "to provide them with advice and perspective of someone not incarcerated."

# COVID-19 SURVEY

Thanks to your responses over the last few months, the Prison Society has now received over 300 responses to our COVID-19 survey. You have given us first hand accounts of what is going on inside, and we have recently released our report to the public. Provided is a summary of some of the findings:

**Hygiene measures are largely implemented, but there is room for improvement.**
Large majorities of respondents said prisons are facilitating daily hand washing and are regularly cleaning communal areas. But more than half (60.5%) reported receiving cleaning supplies just once a week.
**Fewer than half of people surveyed reported feeling safe.**

Although the survey did not ask specifically about masks, 121 respondents left comments about the issue. Of these, about 45 percent wrote that staff members wear masks rarely or only some of the time: "We are worried because the staff doesn't wear their masks unless [a supervisor] comes onto the housing unit." "Staff should keep their masks on while walking around in our population. 'Cause they are the only possibility that the prison could get infected."

**One in six say they can't access medical care.**
While 84 percent of respondents reported being able to access medical care, that still leaves about 1 in 6 people who say they haven't been able to get health care during the pandemic. Comments written by survey participants suggest that prisons have restricted non-emergency medical visits, resulting in delays accessing services and, in some cases, people going without needed medical treatment altogether.

More than one out of every four respondents was unaware that the DOC has a policy of waiving medical co-pays for flu like symptoms.

**Communication is an ongoing frustration.**
A staggering two in three people indicated that they were very dissatisfied or dissatisfied with how their prisons had communicated with them.

**The pandemic continues to isolate those behind bars.**
Although time outside the cell has increased since the start of lockdown—with close to one in three indicating that they got more than 120 minutes outside the cell each day. There are still many facilities that are facing harsher lockdowns. Nearly two in ten respondents reported getting fewer than 30 minutes outside the cell per day.

To our readers: **know that we hear you.** The Prison Society shared the survey results with the Department of Corrections. The Pennsylvania Department of Corrections declined to comment on this survey and on the steps it was taking to improve. In addition, the Department declined to assist with further survey dissemination. This pandemic continues, and so does our work to advocate for those of you behind bars.

We will continue to use Graterfriends to survey our readers on the inside. This work is of vital importance: the pandemic makes it easier than ever for prisons to operate in the dark. If you are currently incarcerated in a PA facility, **please fill out the attached survey on pages 21-23.** We need your help to shine a light on what's happening.



*The opinions expressed are of the authors and not necessarily those of Graterfriends or The Pennsylvania Prison Society.*



**CERTIFICATE OF APPRECIATION**

## SCI-CHESTER ACTIVITIES DEPARTMENT

For your hard work and dedication to SCI-Chester's 4th Annual Day Of Responsibility play as an ACTOR and for participating in the workshops finding solutions to create a better future on September 17 and 18, 2019. See the problem, solve the problem, nurture the vision, and grow your success.

THIS CERTIFICATE IS AWARDED TO

### KEVIN BOWMAN

TOPICS COVERED

CPS PROGRAM
MENTAL HEALTH
STREET CULTURE
ADDICTION
TRAUMA
REMORSE
RESPONSIBILITY

compass

PA Department of Corrections
SCI-Chester

*Rob Rolle*

Rob Rolle, CAM II

9-23-19

Date

*M. Wahl*

M. Wahl, DSCS

9/18/19

Date

DEPARTMENT OF CORRECTIONS
SCI-CHESTER

ACTIVITIES DEPARTMENT

# CERTIFICATE OF APPRECIATION

*IS PRESENTED TO*

## KEVIN BOWMAN

In recognition of your valuable contribution as a facilitator
in the success of SCI Chester's 3rd Annual
**CRIME VICTIMS' AWARENESS CONFERENCE**

ON APRIL 9, 2019

Mr. M. Wahl, DSCS

Date  4/9/19

Mr. R. Rolle, CAMII

Date  4-2-19

**HONORING THE PAST. CREATING HOPE FOR THE FUTURE.**

# CERTIFICATE OF APPRECIATION



**COMPASS**

Department of Corrections
SCI Chester

_Mr. Role_
**Mr. M. Wahl, DSCS**

_R.B. Rolle_
**Mr. R. Rolle, CAMII**

**Date**  6-7-18

**Date**  8-7-18

## SCI-Chester Activities Department

IN RECOGNITION OF YOUR CONTRIBUTION TO THE
PRODUCTION AND SUCCESS OF THE
THIRD ANNUAL DAY OF RESPONSIBILITY
AT SCI CHESTER ON AUGUST 7th AND 8th 2018
*PLAY AND WORKSHOP PARTICIPATION*

THIS CERTIFICATE IS AWARDED TO

### KEVIN BOWMAN

**Topics Covered**

VICTIM AWARENESS
RESPONSIBILITY
REMORSE
REDEMPTION
COMMUNITY
CHANGE
STREET LIFE

You Can Decide

The Future Is Open

# THRESHOLDS

## Certificate of Completion
### Micro and Macro Classes

## Kevin Bowman

has successfully completed both components of the course of instruction in decision making, taught by qualified Thresholds teachers. The Thresholds Model provides training in the fundamentals for identifying and dealing with life situations in a responsible manner.

April 12, 2018

Date



 **Situation**

   **Goal**

 **Possibilities**

 **Evaluate**

**Decide**

 **Implement**

DEPARTMENT OF CORRECTIONS
SCI-CHESTER
ACTIVITIES DEPARTMENT

# CERTIFICATE OF APPRECIATION

THIS IS PRESENTED TO

## KEVIN BOWMAN

**For your participation as a facilitator at the
2nd Crime Victim's Awareness Conference
April 10th, 2018**

Mr. Wahl, DSCS

Date

Mr. Rolle, CAMII,

4-10-18

Date

*"ATTITUDE DO NOT CHANGE UNLESS THINKING AND FEELINGS ARE INVOLVED"*

End Violence Project, Inc.
P O Box 1935
Bryn Mawr, PA 19010

August 31, 2017

To whom it may concern,

This is to acknowledge that Mr. Kevin Bowman has successfully completed the program of Leadership Training and Transformational Thinking of the End Violence Project. This six month program is designed and delivered by the End Violence Project for people behind bars at SCI Chester.

Through this program, individuals experience their impact on the community and take on leadership roles for making a difference in the immediate environment by attending to the needs of others. They study and practice living a life of integrity, empowerment, forgiveness and healing.

Mr. Bowman has expressed and demonstrated his commitment to making a difference in the community, beginning in the prison.

Sincerely,

Penny Goldberg

Mario Johnson
Leader
End Violence Project Board Member

**PO Box 1935,  Bryn Mawr, PA 19010.Phone**
**(484)-816-6387**
**www.endviolence.org**
**endviolenceproject@gmail.com**

# CERTIFICATE
## OF
## APPRECIATION

Department of Corrections
SCI Chester

**Mr. M. Wahl, DSCS**

Ms. P. Jenkins, CAMII

Date 8-15-17

Date 89-17

**Activities Department**

IN RECOGNITION OF YOUR CONTRIBUTION TO THE PRODUCTION &
SUCCESS OF THE SECOND ANNUAL DAY OF RESPONSIBILITY
PROGRAM AT SCI CHESTER ON AUGUST 8TH & 9TH 2017
*PLAY PARTICIPANT AND WORKSHOP FACILITATOR*

THIS CERTIFICATE IS AWARDED TO

## KEVIN BOWMAN

**Topics
Covered**

Addiction
Recidivism
Reentry
Redemption
Fatherhood
Change
Forgiveness

# Pennsylvania Department of Corrections

## This Certifies that:

Kevin Bowman

Has successfully completed the required course of study approved by the
Bureau of Treatment Services and SCI-AOD Department,
And is therefore awarded this

**PEER ASSISTANT TRAINEE**

Certificate

Given this 8th day of   June, 2017

_____
Peer Assistant Coordinator

_____
Drug and Alcohol Treatment
Supervisor

DEPARTMENT OF CORRECTIONS
SCI-CHESTER

ACTIVITIES DEPARTMENT

# CERTIFICATE OF APPRECIATION

THIS IS TO RECOGNIZE

## KEVIN BOWMAN

FOR HIS ASSISTANCE WITH IMPLEMENTING THE

# VICTIMS' AWARENESS CONFERENCE

HELD ON APRIL 7, 2017

Mr. Wahl, DSCS
Date

Ms. Jenkins, CAMII
Date

# COMMUNITY DEVELOPMENT ORGANIZATION

## 2016

## Day of Responsibility

# Kevin Bowman

FOR HIS CONTINUOUS EFFORTS TOWARDS HELPING TO MAKE A CHANGE NOT ONLY IN HIS OWN LIFE BUT WITHIN THE LIVES OF THOSE AROUND HIM THROUGH HIS DEDICATION TO BECOMING A BETTER MAN. RECOGNIZING THE HARMS CAUSED ISN'T ALWAYS AN EASY TASK, IT TAKES HUMILTY AND ACCEPTANCE BEFORE THE PROCESS OF CHANGE CAN BEGIN. THEREFORE, WE RECOGNIZE THE STRIDES YOU HAVE MADE.

Wednesday, August 24, 2016

Mr. Daryl Ellzy
C.D.O. Staff Liaison

Mr. James Jones
C.D.O. Long Term Director

# Community Development Organization

## THIS CERTIFICATE IS PRESENTED TO

# Kevin Bowman

For his empowering men during The Day of Responsibility.
Taking the lead by motivating and enlightening the men through
education, as well as, inspiring them to become productive members
within their families and community lives.

_Emanuel Thomas, L.T.O Director_

October 21, 2015

_Mr. Daryl Ellis, C.D.O Liaison_

# COMMUNITY DEVELOPMENT ORGANIZATION

## 2015

## Day of Responsibility

THIS CERTIFICATE IS PRESENTED TO

# Kevin Bowman

FOR PARTICIPATING IN THIS DAY LONG PROGRAM OF RESPONSIBILITY AND
ACCOUNTABILITY; AND ACCEPTING THE CHALLENGE TO MAKE AMENDS FOR
THE HARMS HE HAS CAUSED TO HIS FAMILY, VICTIM AND COMMUNITY; AND HIS
EARNEST COMMITMENT TO BECOME A MORE RESPONSIBLE MAN FOR HIMSELF,
HIS FAMILY AND COMMUNITY.

Wednesday, July 29, 2015

Mr. Dana Ellzy
Activities Specialist/CDO Liaison

Emanuel Thomas
C.D.O. Long Term Director

# COMMUNITY DEVELOPMENT ORGANIZATION

## 2014

## Day of Responsibility

THIS CERTIFICATE IS PRESENTED TO

# KEVIN BOWMAN

FOR PARTICIPATING IN THIS DAY LONG PROGRAM OF RESPONSIBILITY AND ACCOUNTABILITY; AND ACCEPTING THE CHALLENGE TO MAKE AMENDS FOR THE HARMS HE HAS CAUSED TO HIS FAMILY, VICTIM AND COMMUNITY; AND HIS EARNEST COMMITMENT TO BECOME A MORE RESPONSIBLE MAN FOR HIMSELF, HIS FAMILY AND COMMUNITY.

Wednesday, December 3, 2014

Mr. Todd Kolbicka
Activities Manager

Mr. Dan Elizy
Activities Specialist/CDO Liaison



**RECAP, Inc.**
**40 Smith Street**
**Middletown, NY 10940**

**Charles J. Darden**
**Executive Director**
**Ph. (845) 342-3978**
**Fax (845) 956-5385**

December 19, 2013

Kevin Bowman #BF6556
SCI Retreat
660 State Route 11
Hunlock Creek, PA 18621

      **RE:    C.A.R.** (*Children-At-Risk*) **Program**

Dear Mr. Bowman:

As always, I hope this letter finds you in the best of health, mentally and physically. First, let me take this time to **THANK YOU** for your assistance in helping me get the needed dialogue started so we may work to stop the cycle of **SELF-DESTRUCTION** that is currently plaguing our urban areas. Second, in the time since I last wrote you, I accepted a position at a Community Action Agency in the State of New York that has a mission to assist individuals out of Poverty. Not to worry, the *C.A. R. Program* will continue; I am now in the process of re-introducing it to my community in Orange County.

The Newburgh Housing Authority was set up to continue its inception but the selected predecessor for my former position has decided to put a hold on bringing this Program to fruition. Not to worry, Regional Economic Community Action Program, Incorporated ("RECAP") has an Ex-offender Program and is very receptive to exploring adopting the C.A. R. Program.

Having the *C.A.R. Program* assisted by an individual like you who have talked to some of the youth in our communities with that needed sound wisdom to deter them from bad decisions has been a blessing The **GOAL** is to formally have the *C.A. R. Program* acknowledged within the PA Department of Corrections because it is our children that are not being given an option before the gauntlet is dropped on their heads with a lifelong reality of misery to follow.

Again, **THANK YOU** for your time. I am scheduled to be in PA in following months of the new year. My hopes are to have any/all revised needed paperwork in order so I can sit down with you and discuss what is vital to move the aforementioned process further. In the interim, feel free to contact me at **215-939-5003**. Have a **PEACEFUL** and **BLESSED** holiday!!!

      Sincerely,

      Marc A. Starling
      Deputy Executive Director

\\\MAS

**ENCLOSURE**

*"Helping People. Changing Lives"*

HEAD START ~ 1ˢᵗ TIME HOMEBUYERS ~ SUPPORTIVE HOUSING ~ CASE MANAGEMENT & ADVOCACY ~ ADDICTION SERVICES
EMERGENCY FOOD PANTRY ~ HOME ENERGY CONSERVATION ~ PAROLE RE-ENTRY ~ FRESH START CAFE

**www.recap.org**



# MAKE·(A)·WISH®



Make-A-Wish Foundation
A Drawing of My Wish

I wish to visit Yellowstone National Park.

~ Sarah, 15

The Make-A-Wish Foundation® of Greater Pennsylvania and Southern West Virginia

*has conferred upon*

## Kevin Bowman

*membership in the*

## Wishpartner® Club

*In recognition of exceptional generosity in support of children with life-threatening medical conditions.*



*Regional Manager*

**2011**

Judith Stone
*President and CEO*

# Certificate of Participation

This certificate is presented to

## Kevin Bowman

for participation in the Day of Responsibility

at SCI-Camp Hill on Saturday, January 29, 2011.

Roger Roth, CAM
Correctional Activities Manager

Catherine Sabatino, CAS
Correctional Activities Specialist

# Commonwealth of Pennsylvania

## Work Experience Certificate

*This is to affirm: that* __Bowman, Kevin__

*Has successfully completed the following indicated Job Skill*

### Universal Blood and Body Fluid Precautions

### Environmental Detail



_____
Corrections Health Care Administrator

__10/29/2008__
Date

_____
Judi Harrowitz, RN, ICN
Infection Control Nurse



# Certificate of Completion

## SCI-FRACKVILLE

## Long Term Offenders Group

### Phase I

**BOWMAN, KEVIN**

DATE 12/6/2007

Randell S. Lauffer
CORRECTIONS COUNSELOR

12/6/07

# Certificate of Completion

This is to certify that

_Kevin Bowman  BF-6556_

Has completed the Drug & Alcohol
Dealer's Group
at S.C.I. Frackville

_Criminal Thinking Errors_

—God grant me the serenity to
accept the things I cannot change,
the courage to change the things I can,
and the wisdom to know the difference.—

_____
Superintendent

_____
Deputy Supt.

_July 20 , 2005_
Date Completed

_Cheryl L. Pastucka, D.A.T.S. II_
Program Coordinator

# SCI-FRACKVILLE

# Certificate of Completion and Commitment

## VIOLENCE PREVENTION PROGRAM

BF-6556 KEVIN BOWMAN



Certificate of Achievement

SCI Mahanoy

This Certifies that

Bowman, Kevin BJ 6556

Had 12 hours of training

Citizenship Program Peer Assistant

November 15, 16, 2000

_____
Unit Manager
Martin R. Williams

_____
Corrections Counselor II
John C. Semos

# PENNSYLVANIA DEPARTMENT OF CORRECTIONS

## CERTIFICATE OF COMPLETION

### THIS IS TO CERTIFY THAT

KEVIN BOWMAN – BF-6556

HAS SUCCESSFULLY COMPLETED THE
STRESS AND ANGER MANAGEMENT PROGRAM
AT SCI-MAHANOY

T. M. GILES
CORRECTIONS COUNSELOR II
MAY 28, 1998

# City of Atlantic City
**Department of Planning & Development**

Suite 506 City Hall
Atlantic City, New Jersey 08401-4603
TEL 609.347.5456
FAX 609.347.5345



*Barbara Woolley-Dillon, PP, AICP*
*Director*

February 26, 2019

Kevin Bowman #BF6556
SCI Chester
500 E. 4th Street
Chester, PA 19013

**RE:     LETTER OF ACKNOWLEDGEMENT & APPRECIATION**
**[K.R.P. Initiative Program]**

Dear Mr. Bowman:

As A child growing up in Public Housing I always vowed if given the opportunity I would try to do more to help ensure that children from my similar background would be exposed to **ALL** levels of learning to help explore the consequences of peer pressure and the decisions they make. This concept/idea led me to develop my *"...K.R.P. [Knowing your Past – Realizing your Present – Preparing your Future] Initiative Program* which targets youth in our most distressed areas in Atlantic City, NJ to get them involved with mentoring and dialog with Prisoners so that they can learn from the mistakes of the many incarcerated men and women throughout the tri-state area.

**This letter of Acknowledgement/Appreciation is being written today to express my THANKS for allowing me the opportunity to have you assist me with this concept. Again, your approach was very *down-to-earth* and realistic. Your words will go a long way to ensure that these youth DO NOT fall into the same pitfalls and traps that an urban inner-city economically challenged neighborhood presents them on a daily basis; while using these programs in the *K.R.P. Initiative* as their starting point to success..**

Your story was very interesting and exemplifies the metamorphosis you have experienced in your own life. Hearing how you denounce the ways of the streets and your concept of **CHANGE** *"...one mind at a time..."* is remarkable.

I continue to be a strong advocate for prison/sentence reform in hopes that your voice one day gets to be heard beyond the walls and barbed wire of the penitentiary. A man like yourself is a model of what rehabilitation is all about and a second chance is well in order for you. Your message is one for the world to hear!!!!!!

Again, **THANK YOU** for your time and I hope this is the beginning of many conversations and dialogs we will have as we work to eliminate the cycle of **SELF-DESTRUCTION** within our communities and our youth.

Sincerely,

Marc A. Starling
Assistant Director

\\\MAS

**ENCLOSURE**

cc      file



# K.R.P. Initiative
[Knowing your Past...Realizing your Present...Preparing your Future]

## INTRODUCTION
The City of Atlantic City ("City") Community Development Block Grant (CDBG) Department has a Mission to provide Public Services to our Citizens. In our quest to provide the former, we feel we must enhance our Citizens' chance of *Self-Sufficiency* through education. Our Goal is to increase knowledge and personal social skills of each Participant on a broader outreach to our Citizens that were not involved in prior program years. To ensure this, the City's CDBG Department have come up with several programs that will meet the aforementioned goals.

## PURPOSE
Plan to provide several Programs to enhance the *"Quality-Of-Life"* of all Citizens within the City of Atlantic City NJ. These Programs are made to reach/enhance personal growth and awareness to youth/adults/seniors.

## PROGRAMS

### Boxing Club
The Boxing Club will be providing individuals the opportunity to learn this strategic science of boxing. The history of Boxing will be taught and each participant will be given their own equipment to participate in this physical activity. The Goal is by teaching Boxing, we will provide the discipline to individuals and enlighten new thinking for conflict resolution.

### Brotherly Love Initiative
The City of Atlantic City will engage/send Youth Children (boys/girls) with Sponsorship to attend various sporting and/or youth summits located in tri-state area. We hope to start an on-going sporting event to showcase our young male/female athletes and acknowledge our youth who have made great academic achievement at these said events. Our Goal is to open new horizons to our youth engaging with others to gain more awareness of social conscience via sports/activities etc... [See Attachment A]

### Chess Club
The Chess Club will be providing individuals the opportunity to learn this strategic game of planning victory. The history of Chess will be taught and each participant will be given their own chess board. The Goal is by teaching Chess; individuals will be able to better plan and incorporate winning strategies into their overall life allowing for better decision making etc...

### Education*2
The object of this program is to provide the participants with an unconventional educational approach to learning outside of the three R's (*Reading...Writing...Arithmetic*). Engagement will be done with individuals throughout the community to begin the implementation of needed social skills to navigate through society. Our Goal is to create a much needed resource that will resonate throughout the community to provide the balance of informal knowledge, provide in our everyday travels, with the formal education that our participants have received in our learning institutions.

### Clean Lot Initiative
Target/train a group of young adults between the ages of 16-25 years of age, from distressed neighborhoods in the City of Atlantic City; the idea is to enhance personal growth and establish community awareness by having these said individuals tackle the various trash strewn lots that plague the urban blight of low income communities. [See Attachment B]

### Clean Block Initiative
To create a spirit of healthy neighborhood competition, the City of Atlantic City will engage its citizens of various blocks to participate in this initiative with the winner of the competition receiving a needed upgrade to their respective block (i.e. façade improvement, new street and curb, new lighting, etc.). The Goal of this initiative is to foster pride and enthusiasm on our blocks and neighborhoods in Atlantic City.

### Youth Law Council
This Program is designed to assist Students in becoming aware of the Justice/Legal System.  During the program, students will meet with legal professionals to gain insight into their daily activities and learn more about their career journeys. This will be a unique opportunity for students to ask questions and get exposure to a *"day in the life"* of legal and judicial experts. Students experience unique views of the legal profession that is personal and insightful from seasoned lawyers etc... This Program will be administered in a small group formats (10:1 Ratio) for our young Citizens between the ages of 12-17 years old.

### Nutrition & Health Fair
Provide Youth/Seniors with classroom/seminars hours with various industry professionals to provide guidance on Nutrition and a sustainable healthy lifestyle. The program provides more education on how to use nutrition to be able to assist in the prevention of diseases that plague low-moderate income communities. The Program will provide manuals, pamphlets and books to start the new journey of a better and healthy life.

### Beyond Borders
This program targets our homeless population, youth, arts and seniors – to provide an unconventional educational approach to expand on resources/opportunities beyond the normal scope of engagement. We will provide resources to our participants to begin communications and involvement with seminars so needed information can now be the foundation to a more informed life of productivity that will resonate within our community as their message spreads throughout neighborhoods.

| PROJECTED TOTAL COST OF PROGRAMS | TBD |
|---|---|

## RESULTS
*HOPE...*Knowledgeable citizens will now spread the message of social conscience and Change to enlighten those to participate in the KRP Initiative Programs.

May 26, 2022

To Whom it may concern.

I am writing this letter to be a character witness for Kevin Bowman.

I met Mr. Bowman while visiting my nephew in SCI Chester.

Mr. Bowman has been a mentor and a great inspiration for my nephew.

My nephew looks up to him and has gained so much wisdom from him.

He is now enrolled in college because of the encouragement received from Mr. Bowman.

Thank you.

Sincerely,

Wendy Young

To Whom it may concern,                                                          June 1st 2022


My name is Amin Caldwell I am a childhood friend of Mr. Kevin Bowman. I wanted to take this time to write this letter of support for my friend Kevin to show that he has the support of me and my community.

Kevin has accomplished a lot while incarcerated. I'm a firm believer in giving second opportunities to those that deserve it. And Kevin has been fighting for his innocence and freedom for over 30years. And the recent newly discovered evidence that was found gives us hope that Kevin will get his second chance at life.

I'm asking you to give Kevin that that chance by looking hard at this newly discovered evidence and see what Kevin been fight for his whole incarceration.

Thank you for taking the time to reading my support letter. If you have a question please feel free to reach me by email or the phone number below.


_____

Amin Caldwell

(215) 668-4635

Firstrow215@yahoo.com



Zak Goldstein <ztg@goldsteinmehta.com>

# Kevin Bowman

**Bill DeWeese** <billdeweese1950@gmail.com>                              Tue, May 24, 2022 at 4:11 PM
To: Zack Goldstein <ztg@goldsteinmehta.com>
Cc: Camera Bartolotta <CameraBartolotta@gmail.com>

the To whom it may concern;

My name is H William "Bill" DeWeese and I'm a friend of Kevin Bowman. I am a former Marine Corps officer and was privileged to serve in the Pennsylvania House of Representatives for 36 years including 21 years in leadership and two as the Speaker of the House. I was incarcerated for almost 23 months on theft of services charges that stemmed from campaign work in the Capitol building. While in prison, I spent almost all of my time at the chow hall and walking the yard and going to the gym with Kevin Bowman. We hung out virtually every night of the week on the block together.
( I was with the DOC for 686 nights)

I am 72 years old and have enjoyed friendships with individuals I met in the military and in public life as well as while I was under the auspices of the Pennsylvania Department of Corrections. Kevin Bowman is preeminent among a small group of about half a dozen individuals that I gravitated toward while I was at the state correctional facility at Retreat. There were about 1200 individuals incarcerated there and I knew several hundred of them by virtue of softball and volleyball and perpetual workouts both in the yard and in the gym. Kevin became my physical fitness instructor and we bonded in an exceptional way. This phenomenal fraternal rapport developed in spite of the fact that we had emanated from vastly different worlds and that I was a generation older than he was. We liked each other and we were kind to each other and he certainly amplified my knowledge relative to the ways of the world behind the stockade.

I believe that the episode that most clearly punctuates the lineaments of our friendship was within a couple of days of my release, Kevin invited me to the Jumah service at the prison. Out of about 225 individuals in the room, there were only two Caucasians and I was the only person in the room that was not a practicing Muslim. These men made me feel eminently welcome and the reason that they did was because Kevin was THE MOST RESPECTED INMATE IN THE PENITENTIARY! A few years later Kevin garnered the award of "inmate of the year" from the Pennsylvania Prison Society.

I have stayed in close contact with Kevin and his family since my release in 2014. A week hardly ever goes by that I am not in contact with his son or daughter or with Kevin himself. My wife and I make certain that we get to the state correctional institution at Chester on a quarterly basis. When his family, including his mom and his cousins, came to Harrisburg, they were welcomed by me and my wife at a lunch in the Capitol dining facility.

I have unswerving confidence in Kevin's ability to successfully navigate life on the outside if he is granted that rarefied opportunity. His example as a mentor in prison and his ongoing close association with his family as well as his dreams of helping young inner city youth as the years roll forward, make Kevin Bowman a quintessential example of a guy who has earned a second chance.

Respectfully,

Bill DeWeese

Sent from my iPhone



## Kevin Bowman - Support Letter

**Ceresa Hawthorne** <hawthorne142@verizon.net>                    Mon, Jun 13, 2022 at 9:04 PM
Reply-To: Ceresa Hawthorne <hawthorne142@verizon.net>
To: "ztg@goldsteinmehta.com" <ztg@goldsteinmehta.com>

Your Honor,

I am Sennie Ward, Kevin Bowman's mother.

Please grant my son mercy so he could come home.
I miss my son.

Thank you.



PA DEPARMENT OF CORRECTIONS
SCI-CHESTER

# CERTIFICATE OF APPRECIATION

*HELPING THE
YOUTH MAKE
BETTER
DECISIONS*

**IS PRESENTED TO**

*REVEALING THE
TRUTH WITH THE
LIGHT OF
UNDERSTANDING*

## KEVIN BOWMAN

WE THANK YOU FOR YOUR AID
AND ASSITANCE IN FACILITATING
THE Y.O.U.T.H. GROUP HERE AT SCI CHESTER

TROY COLEMAN, FOUNDER /FACILITATOR          DATE

J. WILKINS, LIAISON          DATE

W. MANSON JOHNSON, CPS SUPERVISOR          DATE

# SWARTHMORE COLLEGE

## THE STATE CORRECTIONAL INSTITUTION AT CHESTER

### AND

## THE INSIDE-OUT PRISON EXCHANGE PROGRAM

GRATEFULLY ACKNOWLEDGE

THE SUCCESSFUL PARTICIPATION OF

**KEVIN BOWMAN**

IN THE SEMINAR "RACE AND PLACE: A PHILADELPHIA STORY"

A CLASSROOM COMMUNITY

OF INCARCERATED AND COLLEGE STUDENTS

THIS THIRTEENTH DAY OF TWELFTH MONTH IN THE YEAR

TWO THOUSAND SEVENTEEN

MARTIN O. WARNER, REGISTRAR

DR. NINA A. JOHNSON, INSTRUCTOR

Priya Dieterich
936 South 49th St.
Philadelphia, PA 19143                                          June 6, 2022

To whom it may concern,

I am honored to write this character letter for Kevin Bowman. In the fall of 2017, I was fortunate to meet Kevin in an Inside Out course in Sociology, made up of my fellow Swarthmore College students and incarcerated individuals at SCI Chester. We collaborated on a research project, a policy proposal to address food insecurity in Strawberry Mansion. Combining Amir's lived experience as a Philadelphia resident with in-depth research we created our proposal for a community-based plan to change people's access to and relationship to food. Amir worked diligently on the research side, bringing us new studies and information he had found outside of the class texts we were given. He helped us maintain our focus on the dignity of individuals in the community we were writing about. He was invaluable in supporting another member of our group, whose literacy skills were not as strong as Amir's, and he kindly and patiently assisted him with research and writing both in and out of our class time. I was proud to present our final project alongside Amir, and learned so much in working with him.

In the early days of the COVID pandemic, I worked with a community organization to help people in prison and their loved ones stay safe through the emerging crisis. During this time, I was reconnected with Amir, and I have been so grateful to maintain a friendship since then. In our conversations, Amir shares his perspective on the news that affects life in Philadelphia, asks for my thoughts, and always listens intently. I am now a Kindergarten teacher in the School District of Philadelphia, and anytime SDP is in the news, he calls or writes to ask me what my thoughts are and how it's affecting teachers on the ground. Just like when we were classmates, he is always eager to learn more about the world, to understand it better and to see it from more diverse viewpoints. And he always reminds me of how important my work is – in his words, "molding young minds," and how vital it is to instill a positive sense of self and citizenship in my students. Our conversations and his encouragement have helped me stay grounded and connected to my purpose as an educator, and I am very grateful for that.

It is clear to me that Amir believes deeply in his responsibility to guide younger generations towards good choices. I know that he has his heart set on being a mentor to youth, and I know that anyone who works with him will be lucky to have his caring advice and strong moral compass guiding them. It excites me and brings me joy to imagine Amir being able to bring to life some of the intentions of our research project, to know that if he is able to come home in the future, he will be dedicated to giving people the support, education, and guidance that helps them live their best lives, just as we talked about while we crafted that proposal almost six years ago. I truly hope he will be given that well-deserved chance.

Thank you for your time and consideration in reading this letter. If Amir is granted the opportunity to return home to his community, I have the greatest confidence that he is ready for and deserving of this step and that he will be a caring, generous, and valuable member of society upon his return.

Sincerely,

Priya Dieterich

5-28-2022

To Whom It May Concern:

My name is Muhsin Muhammad and I am writing this letter for myself and my brother Jihad Muhammad for Kevin Bowman who is like a uncle to me and my brother.

I am a 18 year old young man and my brother is 17 years of age and we come from a single family household raised by our father Prince Jones who is a dear friend of Kevin Bowman. A few years ago me and my brother started going astray and giving our father a hard way to go by acting out in school and running away from home trying to be apart of the street life. One day while my father was very frustrated with me and my brother's actions and was correcting us about our behavior Kevin Bowman had called him to see how he was doing and my father began to tell Kevin Bowman some of the things we were putting him through. Kevin Bowman asked my father can he to talk me and my brother and my father gave us the phone. Kevin Bowman begin to tells us how important it was to listen to the good advice coming from our father so we won't end up in prison like him and that the street life of gangs and crime would destroy all the good in us if we let it.

Kevin Bowman often calls us to check up on us to see how we are behaving and over the last 3 years me and my brother has been doing great in school and will graduate in 2023. We no longer runs away from home nor do we give our father any of the problems that we used to give him. We never met Kevin Bowman a day in our life but one day we would like too, because it touched my heart and my brother heart that someone who we never met would care so much about us that he would take the time out of his day to make sure we are not destroying our lives. I'm not saying that Kevin Bowman alone helped myself and my brother straighten out our behavior because our father has dedicated himself to raising me and my brother, but what I am saying is that Kevin Bowman cared enough to help our father keep us from going astray the best way he could based on the situation he is in which is prison.

Hopefully this letter will give insight into how much of a caring person Kevin Bowman is because out of all the people my father knows Kevin Bowman was basically the only one that showed concern for us take life serious and to obey of father and do the right things in life.

Sincerely,

Muhsin Muhammad

5-27-2022

Imam Abdul-Hafeez
Masjid Muqbil Ibn Haadee
2735 W. Allegheny Ave.
Phila., Pa. 19132

To Whom It May Concern:

My name is Abdul-Hafeez and I am the Imam of Masjid Muqbil Ibn Haadee in Philadelphia Pa. I am writing this letter on the behalf of Mr. Kevin Bowman whom I have known for over 30 plus years and over that time period Mr. Bowman and myself has established a wonderful friendship between us so much so that I look at him as a brother of mine.

Over our time of acquaintance Me and Mr. Bowman has had the pleasure practicing our religion together and through that I have witnessed how zealous and devoted he is towards his religious beliefs and obligations by maintaining his obligatory prayers daily, fasting during the month of ramadan and engaging in other acts of worship that draws him closer to his Lord. Mr. Bowman has also used the religious knowledge he has come to learn of to help others in religious matter so that they may benefit and become better people in this world.

My interactions with Mr. Bowman goes beyond our religious beliefs, therefore I got to know him personally and what I have got to learn of Mr. Bowman is that he a very well spoken individual that is dedicated to his family (as a son, a father, a grandfather, a brother, and a uncle). One of the things that I highly respect about Mr. Bowman is how he has helped raised his children and grandchildren from prison and has maintained a very strong relationship with them and has assisted with their up-bringing and instilled in them values and great character so much so that none of his children has ever had any run-ins with the law and all of them are productive members of society heeding his advice to always stay on the right path and to avoid any actions and speech that may be costly to them or to others.

It's was a pleasure for me to write this letter on Mr. Bowman's behalf, therefore I would like to thank you for accepting this letter from me.

Sincerely,
Imam Abdul-Hafeez



Zak Goldstein <ztg@goldsteinmehta.com>

## Kevin Bowman

**GSG CONSTRUCTION** <shearfinesse@icloud.com>                  Tue, May 31, 2022 at 1:25 AM
To: Ztg@goldsteinmehta.com

To whom it may concern
My Name is Greg Rodriguez
I am Writing this letter on behalf of Mr. Kevin Bowan. I've know Mr.Bowman for over 10yrs. I met Mr.Bowman while I
myself was also incarcerated. He quickly became like a big brother and a great mentor. His advise and life skills he
instilled in me and shared with me helped me make a great return into society. I have Been home for 6 years and
throughout that time his advise has lead me to make great decisions regarding my life and business. I am A
successful business owner and Real Estate investor.  I own A restaurant named Union Steaks in the city of Chester
Pa. Mr.Bowan has helped me in many ways advising me to stay focused and to do the right thing.  He is a reminder of
never giving up and is a great example of change and I will Always seek his advise when needed.  Mr.Bowan is
someone who guided me towards being a positive and productive individual.
Thank you for your time.

                Sincerely,
                Greg Rodriguez



## Letter of Supprt for Kevin Bowman

**Sergio Hyland** <sergiow.hyland@gmail.com>                    Mon, May 30, 2022 at 6:40 PM
To: ztg@goldsteinmehta.com

5.27.22

To whom, it may concern,

My name is Sergio Hyland, and I'm writing this letter in support of my friend, Kevin Bowman. But first, I should be clear that Kevin is not merely a friend of mine; he is a mentor and a teacher, and somebody who I've continuously leaned - and depended - on, throughout the many years that I've known him. When I was just 19 years old, I was sentenced to serve a 20-40 year sentence in Pennsylvania state prison. I was young, immature, and confused on nearly all aspects of life. I met Kevin at a point in my life when I started to realize that I needed to make drastic changes, if I were to ever be the kind of person that my family and community needed me to be. But he taught me that, if I wasn't making these changes for myself, they would be useless to anybody else. So I started to listen to him, and ask him important questions that I wouldn't usually ask others. And I'm glad that I did.

Since I've known Kevin, he has always given me the kind of advice that a father would give a son, and it meant a lot to me, because I was in need of a father figure at that point in my life. I remember one of the most significant lessons I learned from Kevin, which was to be brave enough to distance myself from people who were participating in harmful activity. I'm glad that I listened to that advice, because it allowed me to grow into the person I am today.

As a young black male, coming to prison seemed to be something that was inevitable. But when I met Kevin, he was nothing like the stories that younger guys would hear of the older men in prison. He was always willing to listen to me and the other young guys. He didn't judge us for the poor decisions that we routinely made; instead, he'd show us where we slipped up, so that we would be able to avoid the same fate in the future. If anybody is worthy of being released from prison, it's Kevin.

I was released from prison on February 8th, 2022. Since then, I've been working for the *Working Families Party*, which is a progressive wing of the democratic party. I'm a political organizer, and my work includes organizing community members, managing candidate campaigns, and helping to identify and develop potential community leaders who want to run for elected office in Pennsylvania. Nearly all of the skills necessary for this job (and of which are the reason I was hired), are skills that I learned from watching Kevin and other elders over the years. To a large degree, Kevin is directly responsible for the success that I am now enjoying. For these reasons alone, I truly wish to see him released, so that he can be a benefit to his family and his community.

I often wonder: if Kevin Bowman can have such a strong impact on the younger men in prison, what could he do, if given the chance, on the outside of prison? As we all know, the city of Philadelphia (as well as many other large cities across America) are in the throes of an epidemic of violence, specifically gun violence. This kind of violence is prevalent on the inside of prison as well. But Kevin

has consistently utilized his leadership skills to eliminate the violence in the prisons where he was housed. I've personally witnessed him squash beef between men who were committed to harming each other on sight.

The bottom line is that Kevin needs to be home. Not just for himself, but because of the need for him in the community. My life is better because of Kevin, and I am grateful to have known him. He didn't owe me anything, but he still committed himself to my growth and development. I'm imploring you to find it in your hearts to release one of the men who helped change my life. I never knew that I had the potential to be anything like what I am today. Kevin helped me to rid myself of the street mentality that has worked to trap so many other young black men such as myself. I'm proud to know him, and I'm proud to be writing this letter on his behalf.

Please release Kevin right away.

Sincerely,

Sergio Hyland

Please feel free to contact me if you have any questions, at:

267-773-9850, or

[Shyland@workingfamilies.org](mailto:Shyland@workingfamilies.org)



## Letter

**Marlaina Williams** <sudaisumm@icloud.com>                    Mon, May 30, 2022 at 4:24 PM
To: Zack Goldstein <ztg@goldsteinmehta.com>

To Whom This May Concern;

My name is Marlaina Willams I am 39yrs old and I am the oldest daughter of Kevin Bowman. My father has been incarcerated for most of my life, as a child growing up there were times when I'd get bothered with knowing that my father would probably never be around physically for the important things in my life.

My friends had their dads and I had to wait for mine to call. Just the thought of that one would might be upset or worried about how things would turn out for me and my siblings along the way.

Well let me be the first to tell you that although my father has been gone for 33 years, he has been the BEST father that he can be while in his current state.

My father has made it a point to call on the day of all special events and occasions, such as graduations, report cards, birthdays etc. and has provided myself and my siblings with much needed advice, encouragement, as well as at times financial support along the way.

I've heard kids and adults say things like "I don't have a relationship with my parent because he/she is incarcerated" I couldn't begin to imagine how that feels, I am blessed to say that this has never been the case with my siblings and I. In fact it is the complete opposite, my father is one of my best friends and biggest supporters. There are times when I wait to make a major decision until I've received his input. He has put out some of  life's biggest fires for me, although he says we think a lot in most cases I'd like to think that most of the time he's the calm to my storm.

In 2007 my youngest brother was murdered by a stray bullet in a drive by shooting, and I had to deliver the unfortunate news to my father. During this time I became worried about how he would handle this news and what the future would look like for my entire family. The amount of strength that my father has displayed even until this day is mind blowing. He has managed to hold our family together even from behind bars as well as mentor and console several others from our community that suffered from this loss.

Over these years he has worn many hats in my life, spiritual advisor, advocate, and the most important title is grandfather. In 2010 I gave birth to his 1st grandson, I am a single mother trying to raise a young man in this world. I must say that I am terrified. But since the day my son was born my father has been committed to helping me raise a honorable young man. Times when I was down financially he helped, when my son was acting out due to lack of a father figure, my father assured my son and I that we had nothing to worry about. It was him, his support, his encouragement, along with a few phones calls to send a few good men to step up and help me with my boy that has allowed for me to see that I am not alone. My son is now 11yrs old and an honor student in school and my father now has 5 other grandchildren with whom he has formed a bond with them just as the one he has with his children.

To me having my father on the streets and in arms reach will definitely have a major impact on not just my son's life but the lives of my nieces and nephews as well as the other young men that he has established a relationship with. I thank you for your time and the opportunity for me to share a little bit with you.

Marlaina Williams


## Potential Employment

**Marlaina Williams** <sudaisumm@icloud.com>                    Wed, Jun 1, 2022 at 1:30 PM
To: Zack Goldstein <ztg@goldsteinmehta.com>

Hey Zack,
I believe you received a letter from Charles Walker he is from this organization. I spoke with him yesterday about my father being able to potentially come on board and gain employment hints why he was more then willing to write a letter. He stated that the organization could definitely use him. Here is their information.

PHILADELPHIA Anti-Drug Anti-Violence Organization (PAAN)
Pavilion, 2700 N 17th st
Suite 200
Philadelphia, Pa 19132

 Gmail

Zak Goldstein <ztg@goldsteinmehta.com>

## To whom it may concern My…

**Keith Reed** <keith.reed30@gmail.com>                                Sun, May 29, 2022 at 1:40 PM
To: ztg@goldsteinmehta.com

- To whom it may concern My name is Keith Reed I am 40 years old and I'm writing this letter on the behalf of the father Kevin Bowman my have been incarcerated for 33 years. As a child growing up in Philadelphia without his father until I was 9 years old when my father connected with me he was already incarcerated it was a Instant connection with me and him but I always wish that I was out here with me. The time we talk he Taught me how to be a great man and a better person now I'm a husband and a father who never been in trouble now I trying to teach my boys the same lessons that he install in me I wish he was out here because he can spend sometime with his two daughters and his six grandchildren and me hopefully this day will come this will be the greatest Moment of my life

      Thanks
      Keith D Reed

Sent from my iPhone



Zak Goldstein <ztg@goldsteinmehta.com>

## To whom it may concern

**Keith Reed** <keith.reed30@gmail.com>                                           Tue, May 31, 2022 at 8:19 PM
To: ztg@goldsteinmehta.com

To Whom It May Concern,

My name is Clyde Sanders and I am writing this letter on behalf of Kevin Bowman. I have had the pleasure of calling Mr. Bowman my friend for a number of years. Coming from the same neighborhood in north Philadelphia Kevin was a continuous source of support and encouragement in my life. Support like Kevin's allowed me to uplift myself and become the entrepreneur  I am today. I currently own multiple businesses and sponsor charity organizations that provide opportunity to the youth in the same neighborhood that me and Kevin grew up in.

During the course of our friendship I have watched Kevin grow into an individual that I believe would be an asset to his community. Kevin has spoken to me a number of times about outreach and ways we can help break the cycle of prison for the next generation. Kevin's growth not only be seen in the polite manner he carries  himself but also  In addition, Kevin is a family-person who has always presented themselves with levelheadedness and grace.

I believe Kevin is a honorable individual, a valuable member of his community, and a good human being. He is very family oriented and committed to his children and grandchildren. I strongly believe upon his release he will thrive and do well amongst his family and community.

Sent from my iPhone



Strawberry Mansion
Learning Center

May 17th, 2022

**TO WHOM IT MAY CONCERN**

My name is Kevin Upshur a native Philadelphian, founder and director of Strawberry Mansion Learning Center. I attended Strawberry Mansion High School and Cheney University, I recently retired from The City's Dept. of Human Services, where I worked for over 20 years. I dedicated myself to the provision of care, supervised and mentoring for some of the city's most at-risk and vulnerable youth at the Philadelphia Juvenile Justice Services Center, (formerly the Youth Study Center). My commitment to the Strawberry Mansion Community is evident not only by having lived and raised my family here, but by my deeply personal investment in the citizens of this community, through a life-time of service.

The Strawberry Mansion Learning Center was established in 2010, A non-profit that provides educational, mentoring cultural programs for the youth in the Strawberry Mansion area.

I have known Mr. Kevin Bowman for over 30 years. Our parents were entrepreneurs in the community they created job opportunities and help encourage many youth about the importance of hard-work.

Our organization is proud to collaborate with Kevin to share his experience and passion to help out youth at-risk, over the last 5 years we have connected with several youth that have been victims of violence or perpetrator of crimes to engage in the conversations with Kevin and members of the Strawberry Mansion Learning Center, in a series of questions and concerns to help better understand how we could be of service to the youth. We have had some youth go on to attend college and some to trade schools.

Our organization would be honored to continue working with Kevin, his experience is invaluable and needed in our community today.

Please contact me for any further information needed.

Sincerely;

*Kevin Upshur*

Kevin Upshur

# Charles Walker

Charlesw1965@icloud.com

From,

Charles Walker

4504 Overbrook Ave

Philadelphia PA. 19131

267-320-2596

Date: 06-01-2022

To, whom it may concern

I am writing this letter on behalf of Kevin Bowman. Kevin Bowman and I share a close bond of friendship of more than 20 years. He has always been a kind and caring friend. Kevin Bowman is well- respected and has been a role model to the younger individuals who have come to know him during his time of incarceration.

Mr. Bowman conveyed to me about his decisions and the shortfall of judgement and assured me that he has addressed this issue from the bottom. I believe he will embrace this opportunity if given the chance by redirecting individuals and being the role model in his community. He has since joined several anti-violence conversations and has several certificates that was presented to him for his mentorship. With Kevin exhibiting positive attitude and tenacious behavior, it is not a doubt that he will excel in exhibiting his knowledge to help the youth in our community find a better way of living.

With Kevin Bowman exhibiting positive attitude and exemplary behavior, it is not a doubt that he will excel in correcting his mistakes in a constructive way. I really hope that this letter corresponding to Kevin and his case acts as an effective and helpful aspect during the court's decision about this case.

Sincerely,

Charles Walker

**Lee Horton**
5053 N. 9th Street
Philadelphia, PA  19141
(215) 713-7840
Leehorton1965@gmail.com
30 May 2022

To whom it may concern:

I am writing on behalf of my friend Kevin Bowman.  I met Kevin in January of 1995 when my brother and I arrived at SCI-Mahanoy.  We were sentenced to life for a murder we did not commit. A mutual friend introduced us but Kevin took it upon himself to help us adjust.   It seemed as if he sensed our panic and knew what to say to put us at ease. We became fast friends.

Back then, what I noticed about Kevin was that he never complained about his situation.   He was in prison for life too, but you wouldn't have known it because he was always helping other people. At the same time, it was clear to me that he was working to transform himself for the better.  Kevin was passionate about many issues,  but most of all about finding a solution to the violence in Philadelphia.

Kevin was transferred, and we didn't see each other again until years later at SCI-Chester.  In the meantime, my brother and I modeled ourselves after Kevin's example. As a result, we managed to go from students to teachers, instructors, facilitators, mentors, and creators of programs. We helped others and held the hope for them as Kevin had held it for us.

At SCI-Chester, I observed Kevin be an active agent of change throughout the institution. He was a bright light of positivity, selflessness, humility, and an inspiration to not only myself and my brother but to countless others. After all those years, he was still passionate about stopping the violence in Philadelphia and was doing the work over the phone.

We worked on many positive endeavors together, from the Day of Responsibility, where he performed in two plays, to helping start the first-ever senior center in prison. It was no surprise to me when he was chosen to be a part of the Scandinavian Unit at SCI-Chester. He was the man for the job.

In February of 2021, my brother and I received a commutation from the governor and were released. If not for Kevin's example to follow, we likely would have never made it.   I do not doubt that Kevin Bowman is someone like us, who should not be in prison and would be a great asset to society if he was released. We are proof of his impact on others and that keeping him in prison longer than the over three decades he's already served serves no purpose.

Thank you, and I pray that this helps you to see Kevin as the person he truly is.

Sincerely,

Lee A.  Horton

 **Laborers' District Council**



**Laborers' District Council**
of the Metropolitan Area of
Philadelphia and Vicinity

520 N. Delaware Ave.
Suite 201
Philadelphia, PA 19123
Tel: 215-684-2090
Fax: 215-684-0350
Email:
info.ldc@ldc-phila-vic.org
Web Site:
www.ldc-phila-vic.org

**Business Manager:**
Ryan N. Boyer
**Secretary-Treasurer:**
Samuel Staten, Jr.
**President:**
Daniel L. Woodall, Jr.
**Vice President:**
Walter Higgins
**Recording Secretary:**
James Harper, Jr.

June 2, 2022

    **Re: Kevin Bowman**

To Whom It May Concern:

I am writing on behalf of Kevin Bowman. While we cannot guarantee employment for Mr. Bowman, at this time we are prepared to extend our offices in support of assisting him attaining a position from a signatory gainful employer. Upon release from prison, Mr. Bowman will be able to enroll in our Pre-Apprenticeship program where we can ensure that he gets the proper training that he needs to attain a position with a signatory contractor. The Laborers' District Council has been able to help others in the past that have paid their debt to society and are looking to rebuild their life. Therefore, I hope that you will consider the tenacity, self-awareness and courage of this wonderful person during a troubled period in his life. Thank you for your consideration.

Sincerely,

Ryan N. Boyer
Business Manager



Laborers' International Union
of North America...AFL-CIO

Building Trades Council
of Philadelphia





To whom it may concern,

Hello, my name is Shawnfatee M. Bridges I am the Director of Reentry for the Non-profit organization "TheRealDeal610" Our purpose is to help those who are being release back to the Community after a long period of incarceration. Our primary objective is to make sure that "Returning Citizen" are successful upon release. And this consist of helping returning Citizen obtain a State ID, Health Insurance, Mental Health support after being incarcerate, Government assistance if need, and last but not least gain employment.

We write this support letter for Mr. Kevin Bowman because we at "TheRealDeal610" believe we can help Mr. Bowman succeed on this potentially new chapter in his life. We understand what it is to have that support in the community. And with this new discovered evidence this may be a reality.

With that being said we ask that you look at this new evidence with a open mind. Giving Mr. Bowman an opportunity to display that we are not defined by what those may perceived to be truth and, in the end, the real truth will always prevail. And that you can never give up hope. Especially when you have a strong support system.

Thank you for your time patience's and consideration in this matter. If you have any further questions, please don't hesitate to contact to contact me.

Sincerely

_____

Shawnfatee M. Bridges

Director Of Reentry

527 Weiser Street

Reading PA 19601

Shawnbridges2012@gmail.com

(610)698-8134



**American Red Cross**

# Certificate of Completion

## Kevin Bowman

has successfully completed requirements for

Adult First Aid/CPR/AED

conducted by
**American Red Cross**

Date Completed: **01/14/2019**
Valid Period: **2 Years**

Instructors: **Gary Browndorf**



**Certificate ID: GX3ZQ2**

To verify, scan code or visit: https://www.redcross.org/take-a-class/qrcode?certnumber=GX3ZQ2

EXHIBIT B



**PORTIA
BOWMAN,
MSW**

March 6, 2024

Your Honor:

My name is Portia Bowman, I am a Masters Level Social Worker, for the City of Philadelphia and have been for the last 16years. I'm also the wife of Mr. Kevin Bowman. It is with profound respect and immense pleasure that I write to you on behalf of my husband, Kevin Bowman.

I've been knowing Mr. Bowman for 8 months and the respect, accountability, humility, compassion, diligence and perseverance he's displayed over this time has provided me with a clear and vivid picture of the compassionate person and man he is today.

Since his release, Mr. Bowman has worked rigorously with various youth learning centers and agencies throughout the City of Philadelphia, unapologetically extending his time and efforts to the troubled youth of our city today with the hope and intention of saving every young life he reaches.

Mr. Bowman will continue to be a great asset and benefactor in the work he does and I humbly provide this character letter with the hope that you can envision what we are already envisioning.

Sincerely,

*P Bowman, MSW*

Mrs. Portia Bowman, MSW





To Whom It May Concern:

I am writing this letter on behalf of The Strawberry Mansion Learning Center. This letter is to verify and confirm the community service, dedication and support Mr. Kevin Bowman has participated in at our center.  Mr. Bowman is a dedicated, hardworking and loyal person who is committed to the children of our learning center as well as being committed to helping the troubled youth in our city today.

At The Strawberry Mansion Learning Center, we provide supports and a safe haven for children at no cost. We provide tutoring, mentorship, reading and summer programs. We need volunteers to consistently partake and assist with our programs.

Since Mr. Bowman's release from prison, he consistently volunteers and envisions a brighter future, extending a lifeline to the youth of Philadelphia, driven by a profound understanding of the transformative impact of resilience, empathy, and unwavering belief in the potential for change in every young life.

In closing, I again, hereby confirm that Mr. Kevin Bowman is a profound human and we at The Strawberry Mansion Learning Center is grateful and proud that he's a part of our family.

Sincerely,

Kevin Nasir Upshur
CEO & FOUNDER



# CITY OF PHILADELPHIA

**DEPARTMENT OF HUMAN SERVICES**
Division of Juvenile Justice Services
Philadelphia Juvenile Justice Services Center
91 N. 48th Street
Philadelphia, PA 19139
215-686-4800
www.phila.gov/dhs


**PJJSC Executive Director**
MICHAEL B. SCOTT

January 16, 2024

To Whom It May Concern,

It is a pleasure to write a reference for Kevin Bowman. I, Michael Scott, Executive Director of the Philadelphia Juvenile Justice Services Center (PJJSC), am continuously researching mentors that can connect with the residents of the PJJSC with their testimonies. Kevin has been working with Philadelphia Anti-Drug/Anti-Violence Network (PAAN) since his release to help build strong relationships with youth and assist with connecting them with counseling, job readiness, community service, and various other programs. Kevin also has had the opportunity to visit the PJJSC several times and immediately had the attention of our at-risk youth in a way that I had never seen. At the end of the discussion, I connected with Kevin and immediately could see his intention and heart was full of love and wisdom that he wanted to pour into these youth by using his life experience and testimony.

While at the PJJSC, Kevin uses his time to speak to the youth on the Sight and Sound unit, whom are facing a similar situation that he can relate to. These residents are facing the most challenging charges and sentencings. He confirms every resident knows that there are better choices to be made and a better life for them outside of detention. He speaks of his experience with his choices and case so the juveniles can form a connection. He explains that given most of their ages some will possibly have the opportunity to have a second chance at life and to be successful individuals. He encourages them to want to change and to begin to embrace the change they want to see while they are awaiting their outcomes. He encourages the youth to participate in PJJSC programs and to use their unique and marketable abilities that could serve not only to future careers for themselves, but which can ultimately serve and improve their communities.

Kevin is a beacon for communities of youth. The message he has been delivering is inspirational for youth, who at times feel that their current lives and decisions are irreversible. I personally feel that Kevin's message needs to be expanded to youth in and outside the city and it would be an honor if he could accompany me at speaking engagements.

If you need any additional information, feel free to contact me at 215-683-9112 or by email at Michael.B.Scott@phila.gov anytime.

Sincerely,

Michael B. Scott
Executive Director, PJJSC



## Fwd: Pinnacle Acquisitions Inc/ Strawberry Mansion Learning Center

**Kevin Bowman** <amir.bowman@icloud.com>                    Tue, Mar 19, 2024 at 1:22 PM
To: Zak Goldstein <Ztg@goldsteinmehta.com>

Sent from my iPhone

Begin forwarded message:

**From:** Keith Johnson <kjay3@live.com>
**Date:** March 19, 2024 at 11:12:02 AM EDT
**To:** amir.bowman@icloud.com
**Subject: Pinnacle  Acquisitions Inc/ Strawberry Mansion Learning Center**

Good Morning,

         My name is Keith Johnson and I am the CEO of Pinnacle Acquisitions Marketing Group Inc located in King Of Prussia, PA.  I am writing this correspondence in reference to Pinnacle's relationship with Amir Bowman and the Strawberry Mansion Learning Center.  Our marketing firm represents fortune 500 clients that assist with state and federal programs that help families for free.  I became aware of Amir through a business associate who indicated that he had an awesome story and calling to help the people in his community strive and thrive. From the first meeting I had with Amir, I found him to be inspirational, confident and driven is his quest to be an asset to others.  Impressed by his leadership of the Strawberry Mansion Learning Center, we scheduled a community event where we would hand out free computer tablets, free internet service and utility bill assistance to the members of his community.  Amir did an excellent job in marketing and promoting the event and we helped over 100 people!!  This event went so well that we scheduled a subsequent event with Amir the next month at another location and helped many more.  I can't begin to express how fortunate I we are to have met Amir and we are looking forward to working with him 2024 and expand our mutual vision of help for the Greater Philadelphia region and surrounding areas!

Regards,

**Keith Johnson**
*CEO, Pinnacle Acquisitions Inc.*
*Office: 610-482-4410*
*Cell: 518-818-9096*




## Character Letter

**Marlaina Williams** <sudaisumm@icloud.com>                    Thu, Mar 7, 2024 at 9:15 PM
To: Zack Goldstein <ztg@goldsteinmehta.com>

To Whom This May Concern

My name is Marlaina Willams, I am the oldest daughter of Kevin Bowman. 1 year ago my father was released from SCI Chester, he entered society not knowing what to expect and unfamiliar with a lot, if not all of life's changes in 34yrs. But yet he remained hopeful and optimistic about trusting the process.

In this year I have witnessed my father do more positive things with himself than many of men in my community. In less then 6 months he obtained not 1 but 2 jobs, One of them doing community outreach work doing his part to help impact the crime in the city. He speaks to the young men and women of the Juvenile Detention Center on a weekly basis with hopes of being able to put a positive spin on their unfortunate situation.

Together with a team behind him he's formed a Nonprofit Organization called Just Better Men whose primary focus is the Youth and turning their trauma into triumphs and prevention traumatic experiences from accruing.

My father not only has been committed to impacting the lives of others but he has remained committed to being an active son, brother, father, grandfather and uncle. Having him back on the street has been nothing short of a blessing in more ways than you know.

Being his oldest daughter and business partner I am truly looking forward to what the future holds for us and our business.

Thanks you for taking the time out to read my letter.

Best Regards
Marlaina Williams


## Fwd: Letter of Support

**Kevin Bowman** <amir.bowman@icloud.com>
To: Zak Goldstein <Ztg@goldsteinmehta.com>

Mon, Mar 4, 2024 at 7:36 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Kevin Thompson <kevinthompson@vervescooters.com>
> **Date:** March 3, 2024 at 9:09:12 PM EST
> **To:** amir.bowman@icloud.com
> **Subject: Letter of Support**

Your honor,

Please accept this letter of support on behalf of Mr. Kevin Bowman

Since the release of Mr Bowman, he has been committed to positive change and supporting his community and the at risk youth of today.

A few examples of how he has already made a great influence in his community , he started a nonprofit company Just Better Men, providing clothing and shoes to families in need, no family go hungry food program , he mentors weekly at risk youths in residential facilities , he started a youth boxing program to try and keep children off the streets. All this was done in such a short time from his release.

In my lifetime I have seen many individuals released from prison and speak about change but Mr Bowman is a man of change and he's making a difference.

We ask that you please take this into deep consideration as we hope Mr. Bowman will be able to visit other areas.outside of Philadelphia. Unfortunately he is limited to other options such as meetings, interviews and collaboration with other organizations and community leaders outside of Philadelphia due to his parole restriction.

Please contact me directly if you have any questions or need additional information.


In support,

Kevin Thompson
CEO Verve Scooters

Kevin Thompson CEO
vervescooters.com
https://www.marketplace.org/2019/07/16/a-philadelphia-startup-wants-to-bring-e-scooters-to-the-city/
http://planphilly.com/articles/2019/06/20/philly-natives-enter-the-e-scooter-wars-with-100k-homegrown-startup-verve-s
https://www.instagram.com/quincyharris/p/ByVgzxOAiqI/

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| FSI | 499993 | 001PAA | | 0000520152 | 1 |

# Earnings Statement



*URBAN AFFAIRS COALITION*

Period Beginning: 12/01/2023
Period Ending: 12/15/2023
Pay Date: 12/29/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**KEVIN BOWMAN**
**5931 CARPENTER STREET**
**PHILADELPHIA PA 19143**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 19.2300 | 42.75 | 822.08 | 13,403.31 |
| FLOATING H | 19.2300 | 14.00 | 269.22 | |
| Sick | 19.2300 | 7.00 | 134.61 | 134.61 |
| Vacation | 19.2300 | 14.00 | 269.22 | 403.83 |
| Holiday | | | | 923.04 |
| Personal | | | | 269.22 |
| **Gross Pay** | | | **$1,495.13** | 15,537.84 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 77.75 | |
| Personal | | 7.00 |
| Sick | | 10.50 |
| Vacation | | 14.00 |

**Important Notes**
COMPANY PH#:+1 215 851 0110

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -92.79 | 919.82 |
| | Social Security Tax | -88.46 | 920.94 |
| | Medicare Tax | -20.69 | 215.38 |
| | PA State Income Tax | -43.80 | 456.02 |
| | Philadelphia Income Tax | -56.07 | 582.68 |
| | PA SUI Tax | -1.05 | 10.88 |
| | **Other** | | |
| | Medical | -68.40* | 684.00 |
| | **Net Pay** | **$1,123.87** | |
| | Checking | -1,123.87 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,426.73

© 2000 ADP, Inc.



URBAN AFFAIRS COALITION

Advice number: 00000520152
Pay date: 12/29/2023

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **KEVIN BOWMAN** | xxxxxx0236 | xxxx xxxx | $1,123.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

*URBAN AFFAIRS COALITION*

Period Beginning: 12/16/2023
Period Ending: 12/30/2023
Pay Date: 01/12/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**KEVIN BOWMAN**
**5931 CARPENTER STREET**
**PHILADELPHIA PA 19143**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 19.2300 | 40.75 | 783.62 | 783.62 |
| Holiday | 19.2300 | 7.00 | 134.61 | 134.61 |
| **Gross Pay** | | | **$918.23** | 918.23 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -30.99 | 30.99 |
| | Social Security Tax | -56.93 | 56.93 |
| | Medicare Tax | -13.31 | 13.31 |
| | PA State Income Tax | -28.19 | 28.19 |
| | Philadelphia Income Tax | -34.43 | 34.43 |
| | PA SUI Tax | -0.64 | 0.64 |
| | **Net Pay** | **$753.74** | |
| | Checking | -753.74 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 47.75 | |
| Personal | | 7.00 |
| Sick | | 14.00 |
| Vacation | | 21.00 |

**Important Notes**
COMPANY PH#:+1 215 851 0110

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $918.23

©2000 ADP, Inc.

URBAN AFFAIRS COALITION

Advice number: 00000020154
Pay date: 01/12/2024

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **KEVIN BOWMAN** | xxxxxx0236 | xxxx xxxx | $753.74 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

URBAN AFFAIRS COALITION

Period Beginning: 11/16/2023
Period Ending: 11/30/2023
Pay Date: 12/15/2023

**KEVIN BOWMAN**
**5931 CARPENTER STREET**
**PHILADELPHIA PA 19143**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 19.2300 | 45.00 | 865.35 | 12,581.23 |
| Holiday | 19.2300 | 18.00 | 346.14 | 923.04 |
| Personal | 19.2300 | 7.00 | 134.61 | 269.22 |
| Vacation | 19.2300 | 7.00 | 134.61 | 134.61 |
| **Gross Pay** | | | **$1,480.71** | 14,042.71 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -91.06 | 827.03 |
| | Social Security Tax | -87.56 | 832.48 |
| | Medicare Tax | -20.48 | 194.69 |
| | PA State Income Tax | -43.36 | 412.22 |
| | Philadelphia Income Tax | -55.53 | 526.61 |
| | PA SUI Tax | -1.04 | 9.83 |
| | **Other** | | |
| | Medical | -68.40* | 615.60 |
| | **Net Pay** | **$1,113.28** | |
| | Checking | -1,113.28 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 77.00 | |
| Personal | | 7.00 |
| Sick | | 17.50 |
| Vacation | | -7.00 |

**Important Notes**
COMPANY PH#:+1 215 851 0110

BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,412.31

© 2000 ADP, Inc.



URBAN AFFAIRS COALITION

Advice number: 00000500155
Pay date: 12/15/2023

Deposited to the account of       account number    transit ABA         amount
**KEVIN BOWMAN**                  xxxxxx0236        xxxx xxxx          $1,113.28

**NON-NEGOTIABLE**







 **MeekMill** ✓
@MeekMill

**Follow**

The people they don't talk about that hold us upppp behind close doors!!!!



6:24 PM · 08 Feb 24 · **31.2K** Views

**20** Reposts **4** Quotes **204** Likes

**6** Bookmarks