Sept. 30, 2024

James Cole
#41167066
H.A.F.
P.O. Box 5000
Bruceton Mills, W. Va. 26525

Clerk.
U.S. Courts
601 Market Sts.
Phila. Pa. 19106

Re: <u>U.S. v. Cole</u>, Crim. No 91-570-02

Dear Clerk,

   Please, hand this up!

*James Cole*
James Cole

IN THR UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                             Crim. No 91-570-02

VS-              DIAMONJ, J.

James Cole,

## DEFENDANT'S REPLY BRIEF

The government is right, defendant have no RIGHT To appointed however, pursuant to the Principles of Fundament fairness, if my co-defendat was appointed counsel, I should have counsel appointed also.

In fact, Defendant James Cole was convicted, by a "General Jury Verdict" on an indictment charging conspiracy to possess with intent to distribute, cocaine, crack, heroin, U.S. v. Cole, 91-570-02.*  However, the jury was allowed to only find defendant "Cole" guilty, without any specific drug he "Cole" possess, delivered, as part of the conspiracy.

Finally, Cole was sentence, as argue about the same. A General Jury verdict of life, and not count, the court specified, which count, count[s] he the court based, Cole's life sentence. See U.S. v. Barnes, 158 F.3d 662 (2nd Cir. 1998)("General Jury Verdict.")

The content and caption suggest that the conspiracy count was intended to conclude all-narcotic-related activities of the J.B.M. enterprise engaged in during its existence.

\* Jury Verdict Sheet

The court[s] jury instruciton, demand the Jury need only found Cole, engaged in criminal activity of the J.B.M. See Court's Jury Supplemental Question. Tr. 10-22-1993 Katz, J.

As such, defendant argues, if defendant Thounton, was appointed counsel on 404 of the F.S.A. Cole should also, appointed counsel.

And, I was not sentence on 21 USC § 848(b), my sentence was life. A General Jury Verdict, no-count of conviction. Cole, also has a "1B1.13(a)(6), "Apprendi and Allenyne" argument to support his newly 1B1.13(b)(6), Usually long sentence, being convict of a measurable amount of cocaine, crack, heroin, Katz, J.

WHERSEFORE, I pray for appointment of counsel in all FAIRNESS.

*James Cole*
James Cole

CERTIFICATE OF SERVICE

That I sent, to:

Clerk
U.S. Courts
601 Market Sts.
Phila. Pa. 19106

and

R.A. Z.
A.U.S.A.
615 Chestnut Sts.
Phila. Pa. 19106

This 30th day of September, 2024.

*James Cole*
James Cole

James Cole
#41167066
H.A.F.
P.O. Box 5000
Bruceton Mills, W. V. 26525





RECEIVED
OCT 10 2024

Clerk,
U.S. Courts
601 Market Sts.
Phila. Pa. 19106

Legal Mail